## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Samuel I. Weisbeker and Jill Weisbeker | CHAPTER 13
Debtor(s)

BKY. NO. 14-20296

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of HSBC Bank USA, National Association as trustee for MASTR Reperforming Loan Trust 2005-1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5180

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant