**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SAMUEL I. WEISBEKER<br>JILL M. WEISBEKER<br><br>                Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>                Movant<br>         vs.<br>JPMORGAN CHASE BANK<br><br>                Respondents | Case No. 14-20296GLT<br><br><br>Chapter 13<br><br><br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

JPMORGAN CHASE BANK                                                        Court claim# /Trustee CID# 20
ATTN BANKRUPTCY PAYMENT PRCSNG
3415 VISION DR
COLUMBUS, OH 43219


The Movant further certifies that on 04/12/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SAMUEL I. WEISBEKER, JILL M. WEISBEKER, 508 GILL HALL ROAD, JEFFERSON HILLS, PA  15025 | BRAD HAMRIC PC, MOWRY OFFICE BLDG, 90 CLAIRTON BLVD, PITTSBURGH, PA  15236 |
| : | ORIGINAL CREDITOR: |
| HSBC BANK++, POB 5253, CAROL STREAM, IL  60197 | JPMORGAN CHASE BANK, ATTN BANKRUPTCY PAYMENT PRCSNG, 3415 VISION DR, COLUMBUS, OH 43219 |
| NEW CREDITOR: | |