**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> SAMUEL I. WEISBEKER <br> JILL M. WEISBEKER <br>         Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br>         Movant <br> vs. <br> JPMORGAN CHASE BANK <br><br>         Respondents | Case No. 14-20296GLT <br><br> Chapter 13 <br><br> Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    THE CREDITOR IS ONCE AGAIN RETURNING FUNDS UNDER THE MISTAKEN BELIEF THE CASE IS DISMISSED.

| | |
|---|---|
| JPMORGAN CHASE BANK <br> ATTN BANKRUPTCY PAYMENT PRCSNG <br> 3415 VISION DR <br> COLUMBUS, OH 43219 | Court claim# NCF/Trustee CID# 23 |

The Movant further certifies that on 11/28/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour <br> RONDA J WINNECOUR PA ID #30399 <br> CHAPTER 13 TRUSTEE WD PA <br> 600 GRANT STREET |
| cc: debtor(s) <br>     original creditor <br>     putative creditor <br>     counsel for debtor(s) <br>     counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR <br> PITTSBURGH, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>SAMUEL I. WEISBEKER, JILL M. WEISBEKER, 508 GILL HALL ROAD, JEFFERSON HILLS, PA  15025 | DEBTOR'S COUNSEL:<br>BRAD HAMRIC PC, MOWRY OFFICE BLDG, 90 CLAIRTON BLVD, PITTSBURGH, PA  15236 |
| ORIGINAL CREDITOR:<br>JPMORGAN CHASE BANK, ATTN BANKRUPTCY PAYMENT PRCSNG, 3415 VISION DR, COLUMBUS, OH 43219 | :<br>JPMORGAN CHASE BANK NA, ATTN CORRESPONDENCE MAIL MC LA-4-5555, 700 KANSAS LN, MONROE, LA  71203 |
| ORIGINAL CREDITOR'S COUNSEL:<br>REED SMITH LLP, REED SMITH CENTRE, 225 FIFTH AVE, PITTSBURGH, PA  15222 | |
| NEW CREDITOR: | |