UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2018 JAN 25 A 10: 35
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

In Re:

SAMUEL I. WEISBEKER AND JILL M. WEISBEKER

Debtor(s)

Case No. 14-20296

Claim No. : 2

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Please note that we have rebranded our company name from Ascension Capital Group to AIS Portfolio Services. There is no assignment or transfer of claim.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Capital One Auto Finance | Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a/ Ascension Capital Group |
| PO Box 9013 | 4515 N Santa Fe Ave. Dept. APS |
| Addison, TX 75001 | Oklahoma City, OK 73118 |

**Address where Payment to the creditor be sent:**

| | |
|---|---|
| Capital One Auto Finance | Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a/ Ascension Capital Group |
| P.O. Box 821209 | P.O. BOX 4360 |
| Dallas, TX 75382-1209 | Houston, TX 77210-4360 |

Date: 01/25/2018

_Zann Welch_
Creditor's Authorized Agent for Capital One, N.A.