Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Samuel I. Weisbeker** | : | Case No. 14−20296−GLT |
| **Jill Weisbeker** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 137 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/5/19 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this *The 26th of March, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 137 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1) *On or before May 10, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *June 5, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*Gregory L. Taddonio, Judge*
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-20296-GLT
Samuel I. Weisbeker                                                   Chapter 13
Jill Weisbeker
       Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: jhel              Page 1 of 2                 Date Rcvd: Mar 26, 2019
                              Form ID: 604            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
 db           #+Samuel I. Weisbeker,    508 Gill Hall Road,    Jefferson Hills, PA 15025-3230
 jdb           +Jill Weisbeker,    508 Gill Hall Road,    Jefferson Hills, PA 15025-3230
 cr            +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
13784897       +Bill Me Later,    Box 1022,   Wixom, MI 48393-1022
13784901       +Chase,    Box 469030,   Denver, CO 80246-9030
13784902       +Chase Visa,    Box 125548,   Wilmington, DE 19886-0001
13786080       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
13784903       +Credit Acceptance Corp,    Box 551888,   Detroit, MI 48255-1888
13784904       +DNA Health Systems,    120 Village Dr,   Greensburg, PA 15601-3787
13784906       +HSBC Card Services,    Box 85619,   Richmond, VA 23285-5619
13784907       +HSBC Mastercard,    Box 5241,   Carol Stream, IL 60197-5241
13784908       +HSBC Mortgage Services,    Box 8873,   Virginia Beach, VA 23450-8873
13784909       +IC Systems,    Box 64378,   Saint Paul, MN 55164-0378
13784910       +KML Law Group,    701 Market St,   Suite 5000,    Philadelphia, PA 19106-1541
13784911       +Orchard Bank,    Box 71104,   Charlotte, NC 28272-1104
13784912       +Patient first,    5000 Cox Rd,   Glen Allen, VA 23060-9271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2019 03:09:22
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
 cr            +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:09:34
                 Verizon by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
13805171        E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:36
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
13790055        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:47
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
13840501        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:03
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13784898       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:08:29     Capital One,
                 Box 30285,    Salt Lake City, UT 84130-0285
13784899       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:07:48     Capital One,
                 Box 70884,    Charlotte, NC 28272-0884
13784900       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 27 2019 03:07:59     Capital One Auto,
                 Box 60511,    City of Industry, CA 91716-0511
13789989       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:03
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13851563        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:09:17
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13784905       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:22     GE Capital Retail Bank,
                 Box 960061,    Orlando, FL 32896-0061
13872134        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:20:03
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13784913        E-mail/Text: appebnmailbox@sprint.com Mar 27 2019 03:06:24     Sprint,   Box 4191,
                 Carol Stream, IL 60197
13784914        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 27 2019 03:07:41     T Mobile,
                 Box 37380,    Albuquerque, NM 87176
13784915       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 03:05:29
                 Verizon Wireless,    Box 49,   Lakeland, FL 33802-0049
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr             Capital One Auto Finance
 cr             HSBC Bank USA, National Association as trustee for
 cr             JPMORGAN CHASE BANK, N.A.
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2          User: jhel              Page 2 of 2           Date Rcvd: Mar 26, 2019
                              Form ID: 604            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association as trustee for
               MASTR Reperforming Loan Trust 2005-1 andygornall@latouflawfirm.com
              Brad L. Hamric     on behalf of Joint Debtor Jill   Weisbeker hamriclaw@comcast.net
              Brad L. Hamric    on behalf of Debtor Samuel I. Weisbeker hamriclaw@comcast.net
              James  Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association as trustee for
               MASTR Reperforming Loan Trust 2005-1 bkgroup@kmllawgroup.com
              Martin A. Mooney     on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```