**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>  SAMUEL I. WEISBEKER<br>  JILL M. WEISBEKER<br>          Debtor(s)<br><br>  Ronda J. Winnecour<br>   Chapter 13 Trustee,<br>          Movant<br>        vs.<br>  No Respondents. | Case No.:14-20296<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

  March 25, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/28/2014 and confirmed on 3/20/14. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,530.13 |
| Less Refunds to Debtor | 882.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,647.73 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,800.00 | |
|    Trustee Fee | 4,285.24 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,085.24 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXS PA | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 42,806.65 | 0.00 | 42,806.65 |
|     Acct: 5180 | | | | |
|   HSBC MORTGAGE SVCS (RE)* | 8,240.56 | 8,240.56 | 0.00 | 8,240.56 |
|     Acct: 0774 | | | | |
|   JPMORGAN CHASE BANK | 12,095.00 | 12,095.00 | 0.00 | 12,095.00 |
|     Acct: 5180 | | | | |
|   CREDIT ACCEPTANCE CORP* | 11,465.45 | 11,465.45 | 2,071.04 | 13,536.49 |
|     Acct: 0543 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 12,326.59 | 12,326.59 | 1,872.15 | 14,198.74 |
|     Acct: 6611 | | | | |
| | | | | 90,877.44 |
| **Priority** | | | | |
|   BRAD HAMRIC PC | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL I. WEISBEKER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL I. WEISBEKER | 864.42 | 864.42 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL I. WEISBEKER | 17.98 | 17.98 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRAD HAMRIC PC | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 421.84 | 94.48 | 0.00 | 94.48 |
|     Acct: 4288 | | | | |
|   BILL ME LATER INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 5,974.29 | 1,338.11 | 0.00 | 1,338.11 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2216 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   DAYO NAVALGUND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,628.03 | 588.62 | 0.00 | 588.62 |
| Acct: 0246 | | | | |
|   PATIENT FIRST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   VERIZON WIRELESS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   ALLY BANK SERVICED BY ALLY SERVICII | 25,287.46 | 5,663.84 | 0.00 | 5,663.84 |
| Acct: 2338 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6874 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,685.05 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 98,562.49 |

TOTAL
CLAIMED          0.00
PRIORITY    44,127.60
SECURED     34,311.62

Date: 03/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SAMUEL I. WEISBEKER
    JILL M. WEISBEKER
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:14-20296

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                      BY THE COURT:

                      _____
                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-20296-GLT
Samuel I. Weisbeker                                                     Chapter 13
Jill Weisbeker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2            Date Rcvd: Mar 26, 2019
                              Form ID: pdf900       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db            #+Samuel I. Weisbeker,    508 Gill Hall Road,    Jefferson Hills, PA 15025-3230
jdb            +Jill Weisbeker,    508 Gill Hall Road,    Jefferson Hills, PA 15025-3230
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
13784897       +Bill Me Later,    Box 1022,    Wixom, MI 48393-1022
13784901       +Chase,    Box 469030,    Denver, CO 80246-9030
13784902       +Chase Visa,    Box 125548,    Wilmington, DE 19886-0001
13786080       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13784903       +Credit Acceptance Corp,    Box 551888,    Detroit, MI 48255-1888
13784904       +DNA Health Systems,    120 Village Dr,    Greensburg, PA 15601-3787
13784906       +HSBC Card Services,    Box 85619,    Richmond, VA 23285-5619
13784907       +HSBC Mastercard,    Box 5241,    Carol Stream, IL 60197-5241
13784908       +HSBC Mortgage Services,    Box 8873,    Virginia Beach, VA 23450-8873
13784909       +IC Systems,    Box 64378,    Saint Paul, MN 55164-0378
13784910       +KML Law Group,    701 Market St,    Suite 5000,    Philadelphia, PA 19106-1541
13784911       +Orchard Bank,    Box 71104,    Charlotte, NC 28272-1104
13784912       +Patient first,    5000 Cox Rd,    Glen Allen, VA 23060-9271
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2019 03:08:36
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:09:33
                 Verizon by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13805171        E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2019 03:05:36
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13790055        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:09:34
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13840501        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:09:34
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13784898       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:07:51     Capital One,
                 Box 30285,    Salt Lake City, UT 84130-0285
13784899       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:09:20     Capital One,
                 Box 70884,    Charlotte, NC 28272-0884
13784900       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 27 2019 03:07:59     Capital One Auto,
                 Box 60511,    City of Industry, CA 91716-0511
13789989       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:09:34
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13851563        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:09:21
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13784905       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:44     GE Capital Retail Bank,
                 Box 960061,    Orlando, FL 32896-0061
13872134        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:07:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13784913        E-mail/Text: appebnmailbox@sprint.com Mar 27 2019 03:06:25     Sprint,    Box 4191,
                 Carol Stream, IL 60197
13784914        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 27 2019 03:09:06     T Mobile,
                 Box 37380,    Albuquerque, NM 87176
13784915       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 03:05:31
                 Verizon Wireless,    Box 49,    Lakeland, FL 33802-0049
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              HSBC Bank USA, National Association as trustee for
cr              JPMORGAN CHASE BANK, N.A.
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Mar 26, 2019
                              Form ID: pdf900         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association as trustee for
               MASTR Reperforming Loan Trust 2005-1 andygornall@latouflawfirm.com
              Brad L. Hamric     on behalf of Joint Debtor Jill   Weisbeker hamriclaw@comcast.net
              Brad L. Hamric    on behalf of Debtor Samuel I. Weisbeker hamriclaw@comcast.net
              James  Warmbrodt     on behalf of Creditor    HSBC Bank USA, National Association as trustee for
               MASTR Reperforming Loan Trust 2005-1 bkgroup@kmllawgroup.com
              Martin A. Mooney     on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig   on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```