IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/30/19 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  SAMUEL I. WEISBEKER
  JILL M. WEISBEKER
        Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:14-20296

Chapter 13

Related to Dkt. No. 137

ORDER OF COURT

AND NOW, this 30th Day of May, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

U.S. BANKRUPTCY JUDGE    jah

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 14-20296-GLT
Samuel I. Weisbeker                                                 Chapter 13
Jill Weisbeker
        Debtors              CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin              Page 1 of 2            Date Rcvd: May 30, 2019
                              Form ID: pdf900         Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db/jdb         +Samuel I. Weisbeker,    Jill Weisbeker,    508 Gill Hall Road,    Jefferson Hills, PA 15025-3230
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
13784897       +Bill Me Later,   Box 1022,    Wixom, MI 48393-1022
13784901       +Chase,   Box 469030,   Denver, CO 80246-9030
13784902       +Chase Visa,   Box 125548,    Wilmington, DE 19886-0001
13786080       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13784903       +Credit Acceptance Corp,    Box 551888,    Detroit, MI 48255-1888
13784904       +DNA Health Systems,    120 Village Dr,    Greensburg, PA 15601-3787
13784906       +HSBC Card Services,    Box 85619,    Richmond, VA 23285-5619
13784907       +HSBC Mastercard,   Box 5241,    Carol Stream, IL 60197-5241
13784908       +HSBC Mortgage Services,    Box 8873,    Virginia Beach, VA 23450-8873
13784909       +IC Systems,   Box 64378,    Saint Paul, MN 55164-0378
13784910       +KML Law Group,   701 Market St,    Suite 5000,    Philadelphia, PA 19106-1541
13784911       +Orchard Bank,   Box 71104,    Charlotte, NC 28272-1104
13784912       +Patient first,    5000 Cox Rd,    Glen Allen, VA 23060-9271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 31 2019 03:03:12
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2019 03:16:22
                 Verizon by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13805171        E-mail/Text: ally@ebn.phinsolutions.com May 31 2019 03:06:57
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13790055        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2019 03:16:59
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
13840501        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2019 03:16:59
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13784898       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 03:04:51     Capital One,
                 Box 30285,    Salt Lake City, UT 84130-0285
13784899       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 03:04:50     Capital One,
                 Box 70884,    Charlotte, NC 28272-0884
13784900       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 31 2019 03:04:05     Capital One Auto,
                 Box 60511,    City of Industry, CA 91716-0511
13789989       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2019 03:16:59
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13851563        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 03:04:51
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13784905       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:04:48     GE Capital Retail Bank,
                 Box 960061,    Orlando, FL 32896-0061
13872134        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:04:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13784913        E-mail/Text: appebnmailbox@sprint.com May 31 2019 03:07:37     Sprint,   Box 4191,
                 Carol Stream, IL 60197
13784914        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 31 2019 03:04:38     T Mobile,
                 Box 37380,    Albuquerque, NM 87176
13784915       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 31 2019 03:06:54
                 Verizon Wireless,    Box 49,   Lakeland, FL 33802-0049
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              HSBC Bank USA, National Association as Trustee for
cr              HSBC Bank USA, National Association as trustee for
cr              JPMORGAN CHASE BANK, N.A.
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: lfin                    Page 2 of 2                   Date Rcvd: May 30, 2019
                               Form ID: pdf900               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    HSBC Bank USA, National Association as trustee for
               MASTR Reperforming Loan Trust 2005-1 andygornall@latouflawfirm.com
              Brad L. Hamric    on behalf of Joint Debtor Jill   Weisbeker hamriclaw@comcast.net
              Brad L. Hamric    on behalf of Debtor Samuel I. Weisbeker hamriclaw@comcast.net
              James   Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               MASTR Reperforming Loan Trust 2005-1 Mortgage Pass-Through Certificates bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    HSBC Bank USA, National Association as trustee for
               MASTR Reperforming Loan Trust 2005-1 bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```